

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00174-CV

**TOM MADDUX, INDIVIDUALLY, AND DBA
LOST PRAIRIE CYCLES; AKA THOMAS
EARL MADDUX,**

                                                    **Appellant**

 **v.**

**MICHAEL D. REID,**

                                                    **Appellee**

-------

### From the 87th District Court
### Limestone County, Texas
### Trial Court No. 29,549-A

-------

# ORDER

-------

In an order dated April 24, 2014, this case was abated and remanded to the trial court because the Court had reached an impasse in our ability to obtain the reporter's record in this appeal. The trial court was ordered to:

1. hold a hearing, within 21 days from the date of the order, to determine and resolve the issue with regard to the amount of payment required to

obtain the record and a date (or number of days after payment) by which the reporter will have the record properly prepared and filed;

2. inform appellant that if the reporter's record is necessary to the appeal and is not timely paid for, the appeal will be dismissed for want of prosecution; and

3. inform the reporter that the consequences of failing to file the complete and proper record with this Court as ordered by the trial court pursuant to the above order, the reporter may be held in contempt for which the reporter may be ordered to pay a fine and may also be ordered to forfeit her fee for the preparation of the reporter's record.

A record of the hearing and any findings made by the trial court were due to be filed in this Court within 35 days from the date of the order.

We have been informed that only a telephone call occurred with the reporter and that no hearing was held as ordered.

Accordingly, we reinstate this appeal, and ORDER the trial court to:

1. hold a hearing, in open court, with the reporter and appellant present, within **14 days** from the date of this order, to determine and resolve the issue with regard to the amount of payment required to obtain the record and a date (or number of days after payment) by which the reporter will have the record properly prepared and filed;

2. inform appellant that if the reporter's record is necessary to the appeal and is not timely paid for, the appeal will be dismissed for want of prosecution; and

3. inform the reporter that the consequences of failing to file the complete and proper record with this Court as ordered by the trial court pursuant to the above order, the reporter may be held in contempt for which the reporter may be ordered to pay a fine and may also be ordered to forfeit her fee for the preparation of the reporter's record.

A reporter's record of the hearing is ORDERED to be submitted to this Court within 21 days from the date of this order. Further, the trial court is ORDERED to prepare a written order and submit it to the trial court clerk within 7 days from the date of the hearing. The supplemental clerk's record containing the trial court's written order is ORDERED to be submitted to this Court within 21 days from the date of this order.

This appeal is again abated to give the trial court jurisdiction to conduct the hearing as herein ordered.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated and abated
Order issued and filed June 12, 2014